IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:20-mj-46 |
| ) | |
| AMANDA NICHELLE DOWNS ) | |
| a/k/a "Amanda Martin" ) | |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: AMANDA NICHELLE DOWNS, a/k/a "Amanda Martin", Inmate No. 19-001636, Year of Birth: 1991, White Female.

2. Detained by: Clearfield County Prison, 115 21st Street, Clearfield, PA 16830.

3. Detainee is charged in this district with production and attempted production of material depicting the sexual exploitation of a minor, in violation of Title 18, United States Code, Sections 2251(a) and (e).

4. Detainee is presently detained and confined in the Clearfield County Prison, Clearfield, Pennsylvania.

5. The above case is set for Initial Appearance in Johnstown, Pennsylvania, on March 23, 2020, at 11:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time and to remain in federal custody until the completion of trial on federal charges.

Dated 03/19/2020

s/ Maureen Sheehan-Balchon
MAUREEN SHEEHAN-BALCHON
Assistant U.S. Attorney
PA ID No. 78059

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and when detainee is no longer needed before the Court, detainee shall be returned to the above-named Custodian.

19 March 2020
Date



_____
UNITED STATES MAGISTRATE JUDGE