# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

UNITED STATES OF AMERICA )
)
)

Plaintiff(s)

vs. ) 3:20-cr-6-02
AMANDA NICHELLE DOWNS )
by Zoom )
from CCC Pnin )

Defendant(s)

**HEARING ON** Initial Appearance, Arraignment and Detention Hearing
June 1, 2020 at 1:30 pm. via video-conference

Before Judge Keith A. Pesto

Maureen Sheehan-Balchon AUSA ✓ in courtroom    ✓ Arthur McQuillan, Esq.

Appear for Plaintiff    Appear for Defendant

Hearing began 1:30pm    Hearing adjourned to
Hearing concluded C.A.V. 1:50pm    Stenographer  Courtroom  Shirley Hall

Becky Fox counselor @ CCP

Initial appearance
detention as per order