IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:20-6-2 |
| | ) Judge Stephanie Haines |
| AMANDA NICHELLE DOWNS | ) |

## ORDER OF COURT

AND NOW, this 13th day of December, 2021, upon due consideration of defendant's motion for extension of time to file pretrial motions, and the government having no objection thereto, IT IS ORDERED that defendant's motion [Doc. 83] hereby is **granted**; and,

IT FURTHER IS ORDERED that the extension of time caused by this continuance (from the filing of the motion on December 13, 2021, until February 15, 2022) be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv); and,

IT FURTHER IS ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before **February 15, 2022**.

/s/ Stephanie Haines
Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record