**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| USA, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number: |
| | ) | |
| | ) | |
| | ) | |
|       Defendant. | ) | |
| | ) | |

**PLACEHOLDER FOR HIGHLY SENSITIVE DOCUMENT (HSD)**

**TITLE OF DOCUMENT:**

**IMPORTANT: YOU MAY NOT COPY, SCAN, OR EMAIL HIGHLY SENSITIVE DOCUMENTS**