IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 3:20-cr-6-2 |
| | ) | |
| AMANDA NICHELLE DOWNS | ) | |

HEARING ON:  Status Conference

Before Judge:  Stephanie L. Haines

| | |
|---|---|
| Maureen Sheehan-Balchon, AUSA | Arthur T. McQuillan, Esq. |
| Appear for Plaintiff | Appear for Defendants |
| Hearing began:  6/23/22 @ 1:30 p.m. | Hearing concluded:  1:45 p.m. |
| Law Clerk:  Gary Robinson | Stenographer:  Shirley Hall |

Court convened for scheduled sentencing hearing.  Counsel entered appearances.  Defendant was sworn.  Defendant was advised that the Court is rejecting the proposed sentence set forth in the parties' Rule 11(c)(1)(C) plea agreement, finding that the proposed sentence is insufficient to satisfy the statutory sentencing factors set forth in 18 U.S.C. Section § 3553(a) that the Court is required to consider in imposing sentence.  The Court further advised Defendant that she has the right under the plea agreement to withdraw her plea, or to continue in her guilty plea and proceed to sentencing with the understanding that she will be receiving a higher sentence than the rejected sentencing range.  Defense counsel asked for additional time for Defendant to consider her options and made an oral motion to continue the sentencing hearing.  The Government had no objection to a continuance.  The Court agreed to continue the sentencing for a period of 60 to 90 days.  An appropriate order rescheduling the sentencing hearing will follow.  Today's proceedings will be deemed a status conference.  Court adjourned.