IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 3:20-cr-6-2 |
| | ) | Judge Stephanie L. Haines |
| AMANDA NICHELLE DOWNS | ) | |

**ORDER OF COURT**

AND NOW, this 24th day of June, 2022, Defendant having made an oral motion to continue sentencing at the status conference held on June 23, 2022, and the Government having no objection thereto, IT IS ORDERED that Defendant's oral motion to continue sentencing hearing [Doc. 127] hereby is **granted**; and,

IT FURTHER IS ORDERED that the sentencing hearing in this case previously set for June 23, 2022, hereby is rescheduled for **Thursday, September 22, 2022, at 1:30 p.m.**, in Courtroom A, 319 Washington Street, Johnstown, PA, before Judge Stephanie L. Haines. Defendant is required to be present.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record

1